UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

RCPI LANDMARK PROPERTIES, LLC,

Plaintiff,

v.

Civil Case No.: 06cv3468 (TPG)

ROCKEFELLER GROUP, INC. and CLUB QUARTERS, INC. and CLUB QUARTERS MANAGEMENT COMPANY LLC,

Defendants.

-----------------------------------X

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Club Quarters, Inc. and Club Quarters Management Company LLC (a private non-governmental party) certifies that Club Quarters, Inc. and Club Quarters Management Company LLC do not have corporate parents, affiliates or subsidiaries that are publicly held.

Date: May 19, 2006

COHEN TAUBER SPIEVACK & WAGNER LLP

By: J. B. Spievack

Jay B. Spievack (JS-0712)
420 Lexington Avenue, 24th Floor
New York, New York 10170
(212) 586-5800

Attorneys for Defendants Club Quarters, Inc. and Club Quarters Management Company LLC